[Cite as *A.P.M. Technology, Inc. v. Ohio Penal Industries*, 2011-Ohio-369.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

A.P.M. TECHNOLOGY, INC.

      Plaintiff/Counter Defendant

      v.

OHIO PENAL INDUSTRIES

      Defendant/Counter Plaintiff
      Case No. 2007-08899

Judge Joseph T. Clark

JUDGMENT ENTRY

{¶ 1} On November 30, 2010, the magistrate issued a decision recommending judgment for defendant/counter plaintiff in the amount of $226,198. On December 22, 2010, defendant/counter plaintiff filed a motion for prejudgment interest.

{¶ 2} The Tenth District Court of Appeals has held that "the failure to include prejudgment interest in the prayer for relief operates as a waiver of such a claim." *Cugini & Capoccia Builders, Inc. v. Ciminello's, Inc.*, Franklin App. No. 06AP-210, 2006-Ohio-5787, ¶34, citing *Salvi v. Dunbar* (Dec. 23, 1993), Franklin App. No. 93AP-1059; *G&S Mgmt. Co. v. Commercial Union Ins. Cos.* (June 3, 1993), Franklin App. No. 92AP-1429.

{¶ 3} Inasmuch as defendant/counter plaintiff's prayer for relief did not seek a specific award for prejudgment interest, nor did the remainder of the counterclaim expressly seek prejudgment interest, such claim was waived. Id. Accordingly, defendant/counter plaintiff's motion for prejudgment interest is DENIED.

{¶ 4} Civ.R. 53(D)(3)(b)(i) states, in part: "A party may file written objections to a magistrate's decision within fourteen days of the filing of the decision, whether or not

the court has adopted the decision during that fourteen-day period as permitted by Civ.R. 53(D)(4)(e)(i)." No objections were filed.

{¶ 5} The court determines that there is no error of law or other defect evident on the face of the magistrate's decision. Therefore, the court adopts the magistrate's decision and recommendation as its own, including findings of fact and conclusions of law contained therein. Judgment is rendered in favor of defendant/counter plaintiff in the amount of $226,198. Court costs are assessed against plaintiff/counter defendant. The clerk shall serve upon all parties notice of this judgment and its date of entry upon the journal.

_____
JOSEPH T. CLARK
Judge

cc:

Christopher P. Conomy
Assistant Attorney General
150 East Gay Street, 18th Floor
Columbus, Ohio 43215-3130

Linda R. Van Tine
1410 Central Avenue
Sandusky, Ohio 44870

Mark A. Stuckey
607 Bimini Drive
Sandusky, Ohio 44870

AMR/cmd
Filed January 11, 2011
To S.C. reporter January 27, 2011